UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MITCHELL R. ILARDI,                          [PROPOSED] ORDER

                    Plaintiff,               Index No.: 1:20-cv-1504

  - against -

THE BEDFORD CENTRAL SCHOOL DISTRICT,  THE
BEDFORD CENTRAL SCHOOL DISTRICT BOARD OF
EDUCATION, FOX LANE HIGH SCHOOL, and NEIL
SCHWARTZBERG a/k/a NEIL SCHUAREZBERG,

                    Defendants.
----------------------------------------X


      **AND NOW**, THIS __27th__ DAY OF __April__, 2020, upon consent of the
parties,

**IT IS HEREBY ORDERED:**

   1. Plaintiff's application to Remand is **GRANTED.**

   2. This Case is **REMANDED** to the Supreme Court of the State of
      New York, Westchester County.

   3. The Clerk of the Court is directed to CLOSE the federal
      case.

                              _Cathy Seibel_

                     United States District XXXXX Judge